UNITED STATES of America,
Plaintiff-Appellee,

v.

Tony NIXON, Defendant-Appellant.

No. 15-10461

United States Court of Appeals,
Ninth Circuit.

Submitted July 11, 2017 *

Filed July 17, 2017

Lauren G. LaBuff, Assistant U.S. Attorney, USTU-Office of the US Attorney, Tucson, AZ, for Plaintiff-Appellee

Rosemary Gordon Panuco, Attorney, Law Office of Rosemary Gordon Panuco, Tucson, AZ, for Defendant-Appellant

Before: CANBY, KOZINSKI, and HAWKINS, Circuit Judges.

MEMORANDUM **

Tony Nixon appeals his bench-trial conviction and 18-month sentence for one count of conspiracy to transport illegal aliens for the purpose of financial gain, in

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii), and (a)(1)(B)(i), and two counts of transportation of illegal aliens for profit, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and (a)(1)(B)(i). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Nixon contends that he received ineffective assistance of counsel at trial. He has not shown that his counsel was constitutionally ineffective. *See Strickland v. Washington*, 466 U.S. 668, 694, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984) (to establish that counsel was constitutionally ineffective, defendant must show that counsel performed deficiently and that "there is a reasonable probability that, but for counsel's unprofessional errors, the result of the proceeding would have been different").

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.